EDWARD S. ZUSMAN, CA Bar No. 154366
KEVIN K. ENG, CA Bar No. 209036
MARKUN ZUSMAN & COMPTON LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:    (415) 438-4515
Facsimile:    (415) 434-4505

Attorneys for Plaintiffs

R. BRIAN DIXON, CA Bar No. 76247
MICHAEL HOFFMAN, CA Bar No. 162496
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California  94108-2693
Telephone:    (415) 433-1940
Facsimile:    (415) 399-8447

WILLIAM H. PICKERING, Tenn. Bar No. 6883
ANTHONY A. JACKSON, Tenn. Bar No. 14364
(Admitted Pro Hac Vice)
CHAMBLISS, BAHNER & STOPHEL, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, Tennessee  37402
Telephone:    (423) 756-3000
Facsimile:    (423) 265-9574

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANT CHUN-HOON and CARLO GUGLIELMINO,<br><br>            Plaintiffs,<br><br>      v.<br><br>MCKEE FOODS CORPORATION, a Tennessee corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. C05-00620 VRW<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO AMEND CASE MANAGEMENT DATES**<br><br>Hon. Vaughn R. Walker |

1

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

Stipulation and Order                                                                                              Case No. C-05-00620 VRW

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED, by and between Plaintiffs Briant Chun-Hoon and Carlo Guglielmino and Defendant McKee Foods Corporation, through their respective counsel and subject to Court approval, to the following:

1. The parties have served their respective responses to interrogatories and requests for production of documents and have produced additional responsive documents. The depositions of the parties have been taken. Defendant has disclosed an expert witness who is expected to offer testimony in opposition to Plaintiffs' anticipated motion for class certification.

2. In order to accommodate their respective schedules, permit expert discovery on class certification issues, avoid duplicate and premature filings with the Court, and proceed in an orderly manner, the parties propose the following additions and revisions to the Court's pre-trial case management order of June 14, 2005:

| | |
|---|---|
| January 27, 2006: | Last day for Plaintiffs to file and serve motion for class certification. |
| February 6, 2006: | Last day for Defendant to serve expert witness report on issues relating to Plaintiffs' class certification motion. |
| February 27, 2006: | Last day to complete expert witness deposition regarding class certification issues. |
| March 9, 2006 | Last day for Defendant to file and serve opposition to class certification motion. |
| March 23, 2006: | Last day for Plaintiffs to file and serve reply in support of class certification motion. |
| April 13, 2006: | Hearing on class certification motion at 2:00 p.m. |

3. All other pretrial and case management dates shall remain unchanged unless otherwise ordered by the Court.

Dated: January 17, 2006

                / S /
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant

Dated: January 17, 2006

                / S /
KEVIN K. ENG
MARKUN ZUSMAN & COMPTON LLP
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 17, 2006

GRANTED
Judge Vaughn R Walker

UNITED STATES DISTRICT JUDGE

Firmwide:80735080.1 049320.1002

Stipulation and Order                                    Case No. C-05-00620 VRW