| | |
|---|---|
| R. BRIAN DIXON, CA Bar No. 76247<br>MICHAEL HOFFMAN, CA Bar No. 162496<br>LITTLER MENDELSON<br>A Professional Corporation<br>650 California Street, 20th Floor<br>San Francisco, California  94108-2693<br>Telephone:    (415) 433-1940<br>Facsimile:     (415) 399-8447<br><br>WILLIAM H. PICKERING, Tenn. Bar No. 6883<br>ANTHONY A. JACKSON, Tenn. Bar No. 14364<br>(Admitted Pro Hac Vice)<br>CHAMBLISS, BAHNER & STOPHEL, P.C.<br>1000 Tallan Building<br>Two Union Square<br>Chattanooga, Tennessee  37402<br>Telephone:    (423) 756-3000<br>Facsimile:     (423) 265-9574<br><br>Attorneys for Defendant<br>MCKEE FOODS CORPORATION | EDWARD S. ZUSMAN, CA Bar No. 154366<br>KEVIN K. ENG, CA Bar No. 209036<br>MARKUN, ZUSMAN & COMPTON LLP<br>465 California Street, Suite 500<br>San Francisco, California 94104<br>Telephone:    (415) 438-4515<br>Facsimile:     (415) 434-4505<br><br>Attorneys for Plaintiffs<br>BRIANT CHUN-HOON and<br>CARLO GUGLIELMINO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANT CHUN-HOON and CARLO GUGLIELMINO,<br><br>             Plaintiffs,<br><br>    v.<br><br>MCKEE FOODS CORPORATION, a Tennessee corporation; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. C05-00620 VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR INCREASE OF PAGE LIMIT ON DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:    April 13, 2006<br>Time:   2:00 p.m.<br>Ctrm:   6<br><br>Hon. Vaughn R. Walker |

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, through their respective counsel, and subject to the approval of the Court, that the page limit for Defendant's

1  Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Class Certification
2  may be extended by five pages.

3  Dated: March 2, 2006

_____
R. BRIAN DIXON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MCKEE FOODS CORPORATION

Dated: March 2, 2006

_____
KEVIN K. ENG
MARKUN, ZUSMAN & COMPTON LLP
Attorneys for Plaintiffs
BRIANT CHUN-HOON &
CARLO GUGLIELMINO

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: March 8, 2006

IT IS SO ORDERED
Judge Vaughn R Walker

Firmwide:80875528.1 049320.1002

STIPULATION AND [PROPOSED]
ORDER INCREASING PAGE LIMIT          2.          CASE NO. C05-00620 VRW