United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANT CHUN-HOON and CARLO GUGLIELMINO,<br><br>            Plaintiffs,<br><br>      v<br><br>McKEE FOODS CORP, et al,<br><br>            Defendants.<br>_____/ | No   C-05-620 VRW<br><br>ORDER |

   Pursuant to Civ L R 7-9(b)(3), defendant McKee Foods Corp ("McKee") seeks leave to file a motion for reconsideration of the court's June 6, 2006, order provisionally certifying a damages class under FRCP 23(b)(3).  Doc #60.  The court GRANTS McKee's request for leave to file a motion for reconsideration.

   Pursuant to Civ L R 7-9(d), the court ORDERS that the proposed motion for reconsideration and proposed memorandum of points and authorities attached to McKee's present motion be filed with the court by July 28, 2006.  Plaintiffs may file by August 11, 2006, an opposition no greater than 15 pages in length.  McKee may

file by August 18, 2006, a reply brief no greater than 10 pages in length.  Upon submission of McKee's reply brief, the matter will stand as submitted.  The court will contact the parties if it desires oral argument on this motion.

      IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge