IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO GUGLIELMINO et al, | No   C 05-0620 VRW |
|     Plaintiffs, | ORDER |
|     v | |
| MCKEE FOODS CORP, | |
|     Defendant. | |

This putative class action alleges violations of various wage and hour laws based on defendant's treatment of plaintiffs as independent contractors rather than employees. On May 3, 2005, the court denied defendant's motion to remand to state court and certified its order for interlocutory review. Doc #23. Defendant timely appealed. Doc #31. While that issue was on appeal, the case moved forward, and on June 6, 2006, the court provisionally certified a damages class under FRCP 23(b)(3). Doc #59. The court denied defendant's motion for reconsideration (see Doc #76), and the court of appeals denied defendant's petition to appeal the June

6 order (see Doc #78). On December 12, 2007, the court of appeals affirmed the denial of remand. Doc #80.

The court of appeals' judgment was the last filing in this case. Accordingly the court ORDERS the parties to submit a written status report by March 31, 2008. In the alternative, the parties may report to the court for a status conference on such date that the parties may arrange with each other and the court's deputy, Cora Delfin, who may be reached at (415) 522-2039.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge