| | |
|---|---|
| EDWARD S. ZUSMAN, CA Bar No. 154366<br>KEVIN K. ENG, CA Bar No. 209036<br>MARKUN, ZUSMAN & COMPTON LLP<br>465 California Street, Suite 500<br>San Francisco, California  94104<br>Telephone:  (415) 438-4515<br>Facsimile:  (415) 434-4505 | R. BRIAN DIXON, CA Bar No. 76247<br>LITTLER MENDELSON<br>A Professional Corporation<br>650 California Street, 20th Floor<br>San Francisco, California  94108-2693<br>Telephone:  (415) 433-1940<br>Facsimile:  (415) 399-8447 |
| Attorneys for Plaintiffs<br>BRIANT CHUN-HOON and<br>CARLO GUGLIELMINO | Attorneys for Defendant<br>MCKEE FOODS CORPORATION |
| WILLIAM H. PICKERING, Tenn. Bar No. 6883<br>ANTHONY A. JACKSON, Tenn. Bar No. 14364<br>(Admitted Pro Hac Vice)<br>CHAMBLISS, BAHNER & STOPHEL, P.C.<br>1000 Tallan Building<br>Two Union Square<br>Chattanooga, Tennessee  37402<br>Telephone:  (423) 756-3000<br>Facsimile:  (423) 265-9574 | ALAN H. SILBERMAN<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>(Admitted Pro Hac Vice)<br>780 Sears Tower, 233 South Wacker Drive<br>Chicago, Illinois 60606-6404<br>Telephone:  (312) 876-8000<br>Facsimile:  (312) 876-7934 |
| Attorneys for Defendant<br>MCKEE FOODS CORPORATION | Attorneys for Defendant<br>MCKEE FOODS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANT CHUN-HOON and CARLO GUGLIELMINO,<br><br>Plaintiffs,<br><br>v.<br><br>MCKEE FOODS CORPORATION, a Tennessee corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C05-00620 VRW<br><br>**REQUEST TO ADVANCE HEARING ON CALENDAR AND STIPULATION IN SUPPORT THEREOF**<br><br>Date:  October 22, 2009<br>Time:  10:00 a.m.<br>Courtroom: 6, 17th Floor<br><br>Hon. Vaughn R. Walker |

COME NOW the parties to this proceeding through their respective counsel and hereby respectfully request that the Joint Motion for Preliminary Approval of the settlement in the above matter, filed herewith, be advanced from the next regular hearing date of Thursday, October 22, 2009, at 10:00 a.m., to Thursday, September 24, 2009, at 10:00 a.m. The basis for the request is as follows:

1.

REQUEST TO ADVANCE HEARING DATE                                         Case No. C-05-00620 VRW

1   This is a Joint Motion to which no opposition or reply will be filed;

2   This motion will allow notice to the class to be issued and it is in the interests of the

3   class members to receive the notice at their first opportunity; and

4   The preliminary approval of the proposed settlement will facilitate the conclusion of

5   the matter and conclusion of the matter is in the interest of all concerned.

6   No previous request to advance has been made.

7   This request will not change the schedule for this case.

8   IT IS SO STIPULATED:

9   Dated: August ____, 2009

11   /s/ R. Brian Dixon
     R. BRIAN DIXON
12   LITTLER MENDELSON
     A Professional Corporation
13   Attorneys for Defendant
     MCKEE FOODS CORPORATION

15   Dated: August ____, 2009

17   /s/ Kevin Eng
     KEVIN ENG, ESQ.
18   MARKUN ZUSMAN COMPTON LLP
     Attorneys for Plaintiffs
19   BRIANT CHUN-HOON and CARLO
     GUGLIELMINO

22   PURSUANT TO STIPULATION, IT IS SO ORDERED:

23   Dated: August __17__, 2009

         IT IS SO ORDERED
         Judge Vaughn R Walker

26       VAUGHN R. WALKER
         Chief Judge, United States District Court,
         Northern District of California

28   Firmwide:91438370.1 049320.1000

2.

REQUEST TO ADVANCE HEARING DATE                                         Case No. C-05-00620 VRW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA
94108.2693
415.433.1940