Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN & COMPTON, LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANT CHUN-HOON and CARLO GUGLIELMINO,<br><br>Plaintiffs,<br><br>v.<br><br>MCKEE FOODS CORPORATION, a Tennessee corporation; and DOES 1 though 100, inclusive,<br><br>Defendants. | Case No. CV 05-00620 VRW<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

  This action was filed on January 3, 2005, in the Superior Court of Alameda County, and was removed to this Court on February 10, 2005. The parties subsequently reached a settlement of this case, and on August 11, 2009, the parties moved for preliminary approval of the proposed settlement. Doc #93. The terms of settlement are set forth in the parties' Joint Stipulation of Settlement and Release (Doc # 94) and in the Settlement Agreement attached thereto as Exhibit A (the "Settlement Agreement").

  On October 15, 2009, the Court granted preliminary approval of the proposed settlement. Doc #100. Notice of the proposed settlement was thereafter provided to the class in accordance with the provisions of the Settlement Agreement and preliminary approval order. Doc #104. No objections to the settlement were filed, and only sixteen (16) class members elected to exclude themselves from the settlement. Id. The parties moved for final approval of the proposed

1  settlement (Doc #103), and the Court granted final approval on June 7, 2010.  Doc #110.  In light
2  of the foregoing,
3       IT IS HEREBY ORDERED that this action is dismissed with prejudice.  The releases and
4  covenants not to sue by the class representatives and class members, as set forth in Sections 16
5  and 18 of the Settlement Agreement between the parties, are approved by the Court, are binding
6  on the class representatives and class members, and are hereby incorporated by reference and
7  made a part of this Order of Dismissal as though fully set forth herein.

9  DATED: _____
                                                      Vaughn R. Walker
10                                                       United States District Judge

2

[PROPOSED] ORDER OF DISMISSAL – CV 05-00620 VRW

01255_00/0501/WHP-984041_2