1   Edward S. Zusman (SBN 154366)
    Kevin K. Eng (SBN 209036)
2   MARKUN ZUSMAN & COMPTON, LLP
    465 California Street, Suite 500
3   San Francisco, CA 94104
    Telephone: (415) 438-4515
4   Facsimile: (415) 434-4505

5   Attorneys for Plaintiffs

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  BRIANT CHUN-HOON and CARLO          Case No. CV 05-00620 VRW
    GUGLIELMINO,
12
              Plaintiffs,
13                                       ~~[PROPOSED]~~ ORDER OF DISMISSAL
                                         WITH PREJUDICE
14  v.

15  MCKEE FOODS CORPORATION, a
    Tennessee corporation; and DOES 1 though
16  100, inclusive,

                 Defendants.
17

18          This action was filed on January 3, 2005, in the Superior Court of Alameda County, and

19  was removed to this Court on February 10, 2005.  The parties subsequently reached a settlement

20  of this case, and on August 11, 2009, the parties moved for preliminary approval of the proposed

21  settlement.  Doc #93.  The terms of settlement are set forth in the parties' Joint Stipulation of

22  Settlement and Release (Doc # 94) and in the Settlement Agreement attached thereto as Exhibit A

23  (the "Settlement Agreement").

24          On October 15, 2009, the Court granted preliminary approval of the proposed settlement.

25  Doc #100.  Notice of the proposed settlement was thereafter provided to the class in accordance

26  with the provisions of the Settlement Agreement and preliminary approval order.  Doc #104.  No

27  objections to the settlement were filed, and only sixteen (16) class members elected to exclude

28  themselves from the settlement.  Id.  The parties moved for final approval of the proposed

                                             1

1   settlement (Doc #103), and the Court granted final approval on June 7, 2010.  Doc #110.  In light

2   of the foregoing,

3       IT IS HEREBY ORDERED that this action is dismissed with prejudice.  The releases and

4   covenants not to sue by the class representatives and class members, as set forth in Sections 16

5   and 18 of the Settlement Agreement between the parties, are approved by the Court, are binding

6   on the class representatives and class members, and are hereby incorporated by reference and

7   made a part of this Order of Dismissal as though fully set forth herein.

8

9   DATED:  _July 20, 2010  _

10      Vaughn R. Walker

    United S                                    e

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

01255_00/0501/WHP-984041_2